**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Samuel Dingle, Appellant.

Appellate Case No. 2011-193567

Appeal from Orangeburg County
Edgar W. Dickson, Circuit Court Judge

Unpublished Opinion No. 2014-UP-475
Submitted October 1, 2014 – Filed December 23, 2014

**AFFIRMED**

Chief Appellate Defender Robert Michael Dudek, and
Appellant Defenders Breen Richard Stevens and
Benjamin John Tripp, all of Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy
Attorney General John W. McIntosh, and Senior
Assistant Deputy Attorney General Salley W. Elliott, all
of Columbia; and Solicitor David Michael Pascoe, Jr., of
Orangeburg, for Respondent.

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:  *State v. Donahue*, 400 S.C. 604, 607 n.1, 735 S.E.2d 547, 549 n.1 (Ct. App. 2012) (noting an argument that is not presented to the trial judge is not preserved for appellate review); *State v. Stroman*, 281 S.C. 508, 513, 316 S.E.2d 395, 399 (1984) ("[A] party cannot complain of an error which his own conduct has induced." (internal quotation marks omitted)).

**AFFIRMED.**[1]

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.